**99–1067. Ohio Leitina Co. v. Vandra Bros. Constr., Inc.**
Cuyahoga App. No. 72616. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

MOYER, C.J., DOUGLAS, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents.

Cook and Lundberg Stratton, JJ., dissent and would hold this cause for the decision in 98–1935, *Denham v. New Carlisle,* Clark App. No. 98CA19.